ROBERT S. LARSEN, ESQ.
Nevada Bar No. 7785
RACHEL WISE, ESQ.
Nevada Bar No. 3998
**GORDON & REES SCULLY MANSUKHANI, LLP**
300 South 4th Street, Suite 1550
Las Vegas, Nevada 89101
Telephone: (702) 577-9300
Direct: (702) 577-9301
Facsimile: (702) 255-2858
E-Mail: rlarsen@gordonrees.com
rwise@gordonrees.com

*Attorneys for Xerxes Corporation*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TRUCK INSURANCE EXCHANGE, A/S/O LV PETROLEUM, LLC, a Nevada limited liability company,<br><br>　　　　　　　Plaintiff,<br>　　vs.<br>XERXES CORPORATION, a Delaware corporation; WESTEST INCORPORATED, an Arizona corporation; DOES 1 through 10; and ROE CORPORATIONS 1 through 10,<br><br>　　　　　　　Defendants. | Case No. 2:17-cv-00950-JAD-PAL<br><br>**STIPULATION BETWEEN PLAINTIFF AND XERXES CORPORATION TO REMAND TO STATE COURT**<br><br>ECF No. 8 |
| XERES CORPORATION, a Delaware corporation;<br><br>　　　　　　　Cross-Claimant,<br><br>WESTEST INCORPORATED, an Arizona corporation,<br><br>　　　　　　　Cross-Defendants. | |

/ / /

/ / /

/ / /

/ / /

/ / /

1     Plaintiff Truck Insurance Exchange, as Subrogee of LV Petroleum, LLC ("Plaintiff"), by and through its counsel of record, Robert S. Qualey, Esq. and Cybill L. Dotson, Esq. of Qualey Law Group, and Defendant Xerxes Corporation ("Xerxes"), by and through its counsel for record, Robert S. Larsen, Esq. and Rachel L. Wise, of Gordon Rees Scully Mansukhani, LLP, hereby stipulate and agree as follows:

1. On January 24, 2017, Plaintiff commenced the action *Truck Insurance Exchange, A/S/O LV Petroleum, LLC, v. Xerxes Corporation, Westest Incorporated,* Case No.: A-17-750000-C in Department XXVIII of the Eighth Judicial District Court in and for Clark County (the "State Court Action").

2. The State Court Action alleged Plaintiff, Truck Insurance Exchange and LV Petroleum were both citizens of the State of Nevada. (ECF No. 1 at Ex. A ¶ 1).

3. Xerxes is a citizen of Delaware and with its principal place of business in Minnesota. 28 U.S.C. § 1332(c). (ECF No. 1 ¶ 15, 16).

4. On April 4, 2017, Xerxes filed a notice of removal of the State Court Action pursuant to 28 U.S.C. §§ 1132 and 1441 ("Notice of Removal") with the United States District Court, District of Nevada (ECF No. 1), removing the State Court Action to this Court as Case No.: 2:17-cv-00950-JAD-PAL.

5. After Xerxes filed the Notice of Removal with this Court, Xerxes discovered additional information that suggested diversity jurisdiction does not exist.

6. On May 2, 2017, Plaintiff informed Xerxes that Truck Insurance Exchange operates as an unincorporated entity with insurance policy holders in Nevada, Delaware, Minnesota, and Arizona.

7. Based upon this new information, the parties believe that diversity of citizenship between the parties does not exist in this action.

8. The Parties hereby agree and stipulate that (i) the Federal Court Action should be remanded to the state court in which it was initiated; and (ii) each party shall bear its own attorneys' fees and costs under 28 U.S.C. § 1147 with respect to the removal and the subsequent

remand of this action pursuant to this stipulation.

Pursuant to the foregoing, the parties respectfully request that the Court enter the Stipulated Order submitted contemporaneously herewith.

**IT IS SO STIPULATED.**

Dated: May 4, 2017.                                              Dated: May 4, 2017.

**QUALEY LAW GROUP**                                  **GORDON & REES SCULLY MANSUKHANI, LLP**

By: */s/ Cybill L. Dotson*                                   By: */s/ Rachel L. Wise*
    Robert S. Qualey, Esq.                                  Robert S. Larsen, Esq.
    State Bar No. 3570                                      State Bar No.: 7785
    Cybill L. Dotson, Esq.                                  Rachel L. Wise, Esq.
    State Bar No. 8428                                      State Bar No.: 12303
    2320 Paseo Del Prado, B-205                             300 South 4th Street, Suite 1550
    Las Vegas, Nevada 89102                                 Las Vegas, Nevada 89101
    ***Attorneys for Plaintiff Truck Insurance***           ***Attorneys for Defendant Xerxes***
    ***Exchange, A/S/O LV Petroleum, LLC***                 ***Corporation***

### ORDER

Because it appears from the parties' stipulation [ECF No. 8] that the parties are not diverse and, therefore, this court lacks jurisdiction over this action, IT IS HEREBY ORDERED that **this action is REMANDED to the Eighth Judicial District Court, Clark County, Nevada,** CASE No. A-17-750000-C, Dept. XXVIII. The Clerk of Court is instructed to CLOSE THIS CASE.

_____
U.S. District Judge Jennifer Dorsey
5/8/17